UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DR. LAVERNE GENTRY                                      PLAINTIFF

VS.                               CIVIL ACTION NO. 3:07CV584TSL-JCS

JACKSON STATE UNIVERSITY                            DEFENDANT

## JUDGMENT

This action, having been tried by a jury with the undersigned presiding, and the jury having returned a verdict on special interrogatories for the plaintiff in the sum of $100,000, and the verdict being in proper form, it is therefore ordered and adjudged that plaintiff Dr. Laverne Gentry shall have and recover of the defendant, Jackson State University, the sum of $100,000, with interest from and after the date of entry of this judgment, together with costs which shall be taxed separately in accordance with law.

SO ORDERED AND ADJUDGED this 24th day of November, 2009.

                                           /s/ Tom S. Lee
                                           UNITED STATES DISTRICT JUDGE