IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DR. LAVERNE GENTRY                                               PLAINTIFF

VS.                                         CIVIL ACTION NO. 3:07-CV-584TLS-JCS

JACKSON STATE UNIVERSITY                             DEFENDANT

## ORDER

**THIS MATTER** came before the Court on Defendant's Motion for Additional Time to Respond to Defendant's Motion for Judgment as a Matter of Law or in the Alternative, for a Remittitur and Motion to Hold Plaintiff's Motion for Attorney Fees in Abeyance, and, this Court, having fully considered the Motion finds that the motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** undersigned counsel shall file her response to Defendant's Motion for Judgment as a Matter of Law or in the Alternative, for a Remittitur and Motion to Hold Plaintiff's Motion for Attorney Fees in Abeyance no later than Wednesday, December 23, 2009.

**SO ORDERED** this 21st day of December, 2009.

                                                           /s/Tom S. Lee
                                                           U.S. DISTRICT COURT JUDGE