UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DR. LAVERNE GENTRY                                                    PLAINTIFF

VS.                                          CIVIL ACTION NO. 3:07CV584TLS-JCS

JACKSON STATE UNIVERSITY                                              DEFENDANT

ORDER

This cause is before the court on defendant Jackson State University's motion to stay or hold plaintiff's motion for attorney fees in abeyance until the appeal of the case to the United States Court of Appeals for the Fifth Circuit has concluded. Plaintiff Dr. Laverne Gentry has responded in opposition to the motion, and the court, having considered the parties arguments on the motion, concludes that the motion should be granted.

Accordingly, it is ordered that defendant's motion to stay pending conclusion of the appeal to the Fifth Circuit is granted.

SO ORDERED this 27th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE