IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DR. LAVERNE GENTRY                                PLAINTIFF

VS.                          CIVIL ACTION NO.: 3:07CV00584 (TSL)(JCS)

JACKSON STATE UNIVERSITY                          DEFENDANT

## CANCELLATION AND SATISFACTION OF JUDGMENT

TO THE CLERK OF THE COURT:

You are hereby authorized and requested to enter satisfaction of, and cancel of record, the Final Judgment entered in Dr. Laverne Gentry v. Jackson State University, Civil Action No. 3:07cv00584(TSL)(JCS), as this judgment has been satisfied in full.

THIS, the 2nd day of September, 2010.

/s/ Lisa M. Ross
Attorney for Plaintiff

PD.4160451.1

## CERTIFICATE OF SERVICE

I, Lisa M. Ross, do hereby certify that I have this day filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

LaToya C. Merritt, Esq.
Phelps Dunbar LLP
4270 I-55 North
Jackson, Mississippi 39211

**SO CERTIFIED**, this the 2nd day of September, 2010.

/s/ Lisa M. Ross
LISA M. ROSS

PD.4160451.1